UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CECILIO ALFREDO RAMIREZ CASTANEDA,, <br> *Petitioner* <br><br> v. <br><br> PAM BONDI, U.S. ATTORNEY GENERAL; KRISTI NOEM, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; MIGUEL VERGARA, FIELD OFFICE DIRECTOR OF ENFORCEMENT AND REMOVAL OPERATIONS, SAN ANTONIO FIELD OFFICE, IMMIGRATION AND CUSTOMS ENFORCEMENT; BOBBY THOMPSON, WARDEN OF SOUTH TEXAS IMMIGRATION PROCESSING CENTER; DEPARTMENT OF HOMELAND SECURITY, EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, <br> *Respondents* | § § § § § § § § § § § § § § § § § § § § § § | Case No.  SA-26-CA-00830-XR |

**ORDER FOR SERVICE**

Before the Court is a Petition for Writ of Habeas Corpus (ECF No. 1) and Motion for Temporary Restraining Order (ECF No. 2).

It is hereby **ORDERED** that the Clerk of Court shall furnish the Office of the United States Attorney in San Antonio, Texas, with copies of the Petition for Writ of Habeas Corpus (ECF No. 1), the Motion for Temporary Restraining Order (ECF No. 2), and this Order. Delivery by certified mail return receipt requested of those same documents shall constitute sufficient service of process on the Federal Respondents. *See* FED. R. CIV. P. 4(i). Service should be directed to

    Stephanie Rico, Civil Process Clerk
    U.S. Attorney's Office, Western District of Texas
    601 N.W. Loop 410, Suite 600
    San Antonio, Texas 78216.

It is **FURTHER ORDERED** that the Clerk of Court shall serve Respondent Warden with copies of the Petition for Writ of Habeas Corpus (ECF No. 1), the Motion for Temporary Restraining Order (ECF No. 2), and this Order. Delivery by certified mail, return receipt requested, will constitute sufficient service of process. Service should be directed to

1

Warden, South Texas ICE Processing Center
566 Veterans Dr
Pearsall, TX 78061

It is **FURTHER ORDERED** that Respondents shall file a response to the Petition **within five (5) days** of the date of service.

It is **FURTHER ORDERED** that, if Petitioner elects to file a reply, Petitioner may do so no later than seven days after the Respondents file their answers/responses.

It is so **ORDERED**.

**SIGNED** this 10th day of February, 2026.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE